**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6229**

———————

WILLIAM HILL,

Plaintiff - Appellant,

versus

UNITED STATES ATTORNEYS FOR THE EASTERN
DISTRICT OF VIRGINIA; CHUCK ROSENBERG; T. S.
ELLIS, III; E. BLAIR BROWN; ELIZABETH SUAREZ,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:07-cv-00052-LMB)

———————

Submitted: September 21, 2007      Decided: October 9, 2007

———————

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Hill, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Hill appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hill v. United States Attorneys for the Eastern Dist. of Va., No. 1:07-cv-00052-LMB (E.D. Va. Jan. 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED